THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Curtis Smith, Appellant.
 
 
 

Appeal From Richland County
  G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No.  2008-UP-456
 Submitted August 1, 2008  Filed August 7,
2008

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General, John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Curtis
 Smith appeals his guilty plea to second degree criminal sexual conduct with a
 minor.  The plea judge sentenced Smith to eight years for the charge.  Smith argues
 the plea judge erred in accepting his guilty plea before advising him of his
 right to confront witnesses or obtaining a waiver from Smith of that right.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), we dismiss[1] Smiths appeal and grant counsels motion to be relieved.  
APPEAL
 DISMISSED.
 KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.